**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CONTRELL HENDERSON**                                                                   **PLAINTIFF**

**v.**                                   **Case No. 4:19-cv-00532-KGB**

**CARRIE ROBERTSON,** *et al*.                                                           **DEFENDANTS**

**ORDER**

Plaintiff Contrell Henderson, an inmate at the Saline County Detention Facility, filed a *pro se* complaint on July 31, 2019 (Dkt. No. 2). On February 11, 2020, the Court denied as incomplete Mr. Henderson's application to proceed *in forma pauperis* (Dkt. No. 3). The February 11, 2020 Order directed Mr. Henderson to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* by March 12, 2020 (*Id*.). Mr. Henderson was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.")

As of the date of this Order, Mr. Henderson has not complied with the Court's Order of February 11, 2020, and the time for doing so has passed. The Court notes that mail from the Court to Mr. Henderson at his address of record has been returned undeliverable (Dkt. No. 4). Mr. Henderson apparently changed his address without updating his information with the Court (Dkt. No. 4). For the reasons described above, the Court dismisses this case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 21st of January, 2021.

*Kristine G. Baker*

Kristine G. Baker
United States District Judge